116 F.3d 469
 Brian M. Puricelli
v.
Borough of Morrisville, Harry Merker, Chief of Police
Morrisville Borough, Township of Wrightstown, Walter J.
Hughes, Jr., Chief of Police Wrightstown Township Police
Department, Alan M. Rubenstein, District Attorney of Bucks
County, Office of District Attorney of Bucks County, Dale
Reichley, Assistant District Attorney, Edward Brosha, David
Armitage, Yardley Borough, Susan Taylor, Edward Robinson,
Mayor, Yardley Borough, Ken Cronlund, George
 NO. 96-1993
 United States Court of Appeals,
Third Circuit.
 May 30, 1997
 
 1
 Appeal From: E.D.Pa. ,Nos.89-cv-09161, 90-cv-01228
 
 
 2
 Affirmed.